IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY B. McCREA,

        Plaintiff,                     No. CIV S-10-0061 GGH P

    vs.

D. RAMIREZ, et al.,

        Defendants.            <u>ORDER</u>

_____/

        On February 12, 2010, plaintiff filed his consent to the jurisdiction of the undersigned (docket # 6). By order filed September 21, 2010, the court granted plaintiff twenty-eight days to file a second amended complaint. In the September 21st order, the court informed plaintiff of the deficiencies in his amended complaint. The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

\\\\\

\\\\\

\\\\\

\\\\\

\\\\\

1

For the reasons given in the September 21, 2010, order, IT IS HEREBY ORDERED that this action is dismissed with prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: December 7, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:035
mccr0061.fta